AO 91 (Rev. 11/11) Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*October 22, 2021*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-21-MJ-984 |
| Zenaido ORTEGA-GONZALES | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2237 | It is unlawful for the master, operator or person in charge of a vessel subject to the jurisdiction of the U.S. to knowingly fail to obey an order by an authorized Federal law enforcement officer to heave to that vessel. It is unlawful to forcibly resist, oppose, prevent, impede, intimidate or interfere with a boarding or other law enforcement action. |

This criminal complaint is based on these facts:

On 10/21/2021 at proximately 4:50 AM, a US Customs and Border Protection (CBP) aircraft on a routine patrol in the Gulf of Mexico identified several vessels, consisted with Mexican fishing lanchas, approximately nine miles north of the maritime boundary line suspected of illegally fishing in US waters. The CBP aircraft vectored a US Coast Guard small boat from Station South Padre Island to the location of the Mexican fishing vessels. As the US Coast Guard boat approached the group of vessels, the operator picked the closest fishing vessel and proceeded to signal it to stop for the purpose of boarding and inspection. The Mexican fishing vessel ignored all attempts by the Coast Guard to stop. This included blue law enforcement lights, sirens and instructions in English and Spanish over the loud hailer to stop their vessel. A further attempt was made to stop the fleeing fishing vessel by firing eight (8) rounds of flash bangs over the bow of the Mexican fishing vessel as a further warning to stop. The pursuit lasted approximately fourteen minutes before the operator of the fishing vessel complied with the Coast Guard. The operator of the vessel was identified as Mr. ORTEGA-GONZALES. The Coast Guard boat crew boarded the vessel, arrested and transported the fishing vessel crew to Station South Padre Island.

During the subject interview, Mr. ORTEGA-GONZALES admitted to illegally fishing in US waters. Additionally, he stated he was aware the Coast Guard was attempting to stop his vessel and made the conscious decision to evade the Coast Guard in an attempt to return to Mexico.

☐ Continued on the attached sheet.

Submitted by reliable electronic means, sworn to, and signature attested telephonically pursuant to FED.R.Crim.4.1

*Complainant's Signature*

Special Agent Mario R. Cintron

*Printed name and title*

Sworn to before me and signed in my presence.

22 October 2021
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*